**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Wilderness Society, Arizona Wilderness Coalition, Sierra Club, Grand Canyon Wildlands Council, and National Trust for Historic Preservation,<br><br>  Plaintiffs,<br>vs.<br><br>U.S. Bureau of Land Management; Ron Wenker, in his official capacity as Acting Director of U.S. BLM; James Kenna, in his official capacity as BLM Arizona State Director; Tom Edgerton, in his official capacity as Grand Canyon-Parachant National Monument Manager; Linda Price, in Her Official Capacity as Vermilion Cliffs National Monument Manager; and Lorraine M. Christian, in Her Official Capacity as Arizona Strip Field Manager,<br><br>  Defendants. | No. 09-CV-08010-PCT-PGR<br><br>**ORDER** |

Upon consideration of Defendants' Unopposed Motion to Transfer Related Case to this Court (doc. 12), and finding that good cause exists for the granting of the Motion,

IT IS ORDERED GRANTING the Defendants' Unopposed Motion to Transfer Center for Biological Diversity v. U.S. Bureau of Land Management, Case No. 3:09-CV-08011-LOA, to this Court (doc. 12).

DATED this 5th day of May, 2009.

_____
Paul G. Rosenblatt
United States District Judge