IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wilderness Society, et al., | CV 09-8010 PCT PGR |
| Plaintiffs, | |
| vs. | ORDER |
| U.S. Bureau of Land Management, et al., | |
| Defendants. | |

IT IS ORDERED that a Scheduling Conference has been set for Monday, February 8, 2010, at 1:30 p.m., before the Hon. Paul G. Rosenblatt, Courtroom 601, U.S. District Court, 401 W. Washington Street, Phoenix, Arizona.

IT IS FURTHER ORDERED that all lead counsel shall be present in the courtroom.

IT IS FURTHER ORDERED that the parties shall file their revised Joint Case Management Report no later than 14 days before the hearing.

DATED this 3rd day of November, 2009.

Paul G. Rosenblatt
United States District Judge