**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Wilderness Society, Arizona Wilderness Coalition, Sierra Club, Grand Canyon Wildlands Council, and National Trust for Historic Preservation,<br><br>Plaintiffs,<br>vs.<br><br>U.S. Bureau of Land Management; Ron Wenker, in his official capacity as Acting Director of U.S. BLM; James Kenna, in his official capacity as BLM Arizona State Director; Tom Edgerton, in his official capacity as Grand Canyon-Parachant National Monument Manager; Linda Price, in Her Official Capacity as Vermilion Cliffs National Monument Manager; and Lorraine M. Christian, in Her Official Capacity as Arizona Strip Field Manager,<br><br>Defendants. | No. 09-CV-8010-PCT-PGR<br><br>**ORDER** |

Upon consideration of the Parties' Joint Motion to Extend the Deadline to Submit a Request for a Stay or a Request for a Case Management Conference and Revised Case Management Report (Second Request)(Doc. 31), and finding that good cause exists,

IT IS HEREBY ORDERED GRANTING the Motion. The parties shall have until April 8, 2010 to submit either a request for a stay to allow for continued settlement

negotiations or, if settlement negotiations have concluded, the parties shall file a request for a case management conference and a revised case management report.[1]

DATED this 8th day of March, 2010.

_____
Paul G. Rosenblatt
United States District Judge

---

[1] The parties are advised that the Court generally holds scheduling conferences on Mondays or Tuesdays in the late mornings. The proposed date for holding the scheduling conference may not be later than May 3, 2010.