UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDERNESS SOCIETY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants - Appellees. | No. 11-17482 <br><br> D.C. No. 3:09-cv-08010-PGR <br> U.S. District Court for Arizona, Prescott <br><br> **MANDATE** |

The judgment of this Court, entered May 28, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk