

11-17482 Wilderness Society, et al v. U.S. Bureau of Land Management, et al "Mandate Issued"

ca9_ecfnoticing    to:                                                                07/23/2013 10:39 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/23/2013 at 10:37:36 AM PDT and filed on 07/23/2013

**Case Name:** Wilderness Society, et al v. U.S. Bureau of Land Management, et al
**Case Number:** 11-17482
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(RRC, CTB and KTD) [8714191] (JFF)

**Notice will be electronically mailed to:**

Ms. McCrystie Adams, Attorney
Mr. James Angell
Ms. Ellen J. Durkee, Attorney
Luther Hajek
Michael Hiatt
David C. Shilton
USDC, Prescott, District/Bankruptcy Clerk


**Case participants listed below will not receive this electronic notice:**


Rachel Kathleen Bowen
DOJ - U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

William C. Solomon, Attorney
USPX - OFFICE OF THE U.S. ATTORNEY
Two Renaissance Square
40 N. Central Avenue
Phoenix, AZ 85004-4408

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/jessicaflores_1117482_8714191_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/23/2013] [FileNumber=8714191-0]
[916d7514ed820ae338d2cbbd784c7b62001d89993f4241333c6d9ce13ad508b35d99f3dc56341ab
09398138459bb7cc8fdf208f5a8bbe74136fa56f793e4bc52]]
**Recipients:**
- Ms. McCrystie Adams, Attorney
- Mr. James Angell
- Rachel Kathleen Bowen
- Ms. Ellen J. Durkee, Attorney
- Luther Hajek
- Michael Hiatt
- David C. Shilton
- William C. Solomon, Attorney
- USDC, Prescott, District/Bankruptcy Clerk

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 8714191
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 9326276